FILED

AUG 0 4 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE ELLIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 20 CR 407  **Magistrate Judge Jantz** |
| v. | ) | |
| | ) | Violations: 18 U.S.C. §§ 1014 and |
| | ) | 1956(a)(1)(B)(i) |
| | ) | |
| HIRENKUMAR P. CHAUDHARI | ) | |

## COUNT ONE

The SPECIAL NOVEMBER 2019 GRAND JURY charges:

1. At times relevant to the indictment:

    a. HIRENKUMAR P. CHAUDHARI was a resident of the Northern District of Illinois.

    b. BMO Harris Bank was a financial institution with branches in multiple states whose deposits were insured by the Federal Deposit Insurance Corporation.

    c. U.S. Bank was a financial institution with branches in multiple states whose deposits were insured by the Federal Deposit Insurance Corporation.

2. On or about April 19, 2018, in the Northern District of Illinois, Eastern Division,

HIRENKUMAR P. CHAUDHARI,

defendant herein, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, knowingly conducted a financial transaction, namely, the withdrawal of $6,500 in cash from account number

- 2 -

x2176 at BMO Harris Bank, designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specific unlawful activity, which was wire fraud in violation of Title 18, United States Code, Section 1343;

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT TWO

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

1. The allegations set forth in paragraph one of Count One are incorporated by reference.

2. On or about May 19, 2018, in the Northern District of Illinois, Eastern Division,

HIRENKUMAR P. CHAUDHARI,

defendant herein, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, knowingly conducted a financial transaction, namely, the withdrawal of $5,000 in cash from account number x9641 at U.S. Bank, designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specific unlawful activity, which was wire fraud in violation of Title 18, United States Code, Section 1343;

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## **COUNT THREE**

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

1. The allegations set forth in paragraph one of Count One are incorporated by reference.

2. On or about May 19, 2018, in the Northern District of Illinois, Eastern Division,

HIRENKUMAR P. CHAUDHARI,

defendant herein, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, knowingly conducted a financial transaction, namely, the withdrawal of $9,900 in cash from account number x9641 at U.S. Bank, designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specific unlawful activity, which was wire fraud in violation of Title 18, United States Code, Section 1343;

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT FOUR

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

1. The allegations set forth in paragraph one of Count One are incorporated by reference.

2. On or about May 19, 2018, in the Northern District of Illinois, Eastern Division,

### HIRENKUMAR P. CHAUDHARI,

defendant herein, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, knowingly conducted a financial transaction, namely, the withdrawal of $80 in cash via an automated teller machine from account number x9641 at U.S. Bank, designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specific unlawful activity, which was wire fraud in violation of Title 18, United States Code, Section 1343.

## **COUNT FIVE**

The SPECIAL NOVEMBER 2019 GRAND JURY further charges:

1. BMO Harris Bank was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation.

2. On or about August 18, 2018, in the Northern District of Illinois, Eastern Division, and elsewhere,

HIRENKUMAR P. CHAUDHARI,

defendant herein, knowingly made a false statement for the purpose of influencing the action of a financial institution, BMO Harris Bank, in connection with the opening of account number x2176 in that defendant provided false information regarding his identity;

In violation of Title 18, United States Code, Section 1014.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY